UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AUTOBACS STRAUSS INC.,<br>a Delaware Corporation,<br><br>                Debtor. | Chapter 11<br><br>Case No. 09-10358 (CSS) |
| AUTOBACS STRAUSS INC., and 1945 ROUTE 23 ASSOCIATES, INC. and R&S PARTS AND SERVICE, INC. by their Chief Liquidating Officer EXECUTIVE SOUNDING BOARD ASSOCIATES, INC.,<br><br>                Plaintiffs,<br><br>  -against-<br><br>AUTOBACS SEVEN CO. LTD, KENICHI TAKEDA, AKIHIRO YAMADA, HIROYOSHI KOJIMA, and YUKUO TAKENAKA.<br><br>                Defendants. | Adv. Pro. No. 09-52849 (CSS) |

## SUMMONS AND NOTICE OF PRETRIAL CONFERENCE IN AN ADVERSARY PROCEEDING

     YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the amended complaint within 35 days.

        Address of Clerk:   The United States Bankruptcy Court for the District of Delaware
                                   824 Market Street
                                   3rd Floor
                                   Wilmington, DE 19801

At the same time, you must also serve a copy of the motion or answer upon the Plaintiff's attorney.

Name and Address of Plaintiffs' Attorneys:

| Primary Counsel (Contact Primary Counsel) | Local Counsel |
|---|---|
| MILBERG LLP<br>Jonathan M. Landers<br>Jerome M. Congress<br>Lois F. Dix<br>Gary S. Snitow<br>One Pennsylvania Plaza<br>New York, New York 10119-0165<br>Telephone: 212.594.5300<br>Facsimile: 212.868.1229 | YOUNG CONAWAY STARGATT<br>& TAYLOR LLP<br>M. Blake Cleary<br>David R. Hurst<br>Edward J. Kosmowski<br>Jaime N. Luton<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>Wilmington, DE 19801<br>Telephone:302-571-6600<br>Facsimile: 302-571-1253 |

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

YOU ARE NOTIFIED that a pretrial conference of the proceeding commenced by the filing of the complaint will be held at the following time and place.

Address:     Courtroom of the Honorable Christopher S. Sontchi
United States Bankruptcy Court for the District of Delaware
824 Market St.
5th Floor, Courtroom No. 6
Wilmington, DE 19801

Date and Time:     **TBD**

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

**United States Bankruptcy
Court for the District
of Delaware**

/s/ David D. Bird
*Clerk of the Bankruptcy Court*

Date: December 11, 2009

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AUTOBACS STRAUSS INC.,<br>a Delaware Corporation,<br><br>               Debtor. | Chapter 11<br><br>Case No. 09-10358 (CSS) |
| AUTOBACS STRAUSS INC., and 1945 ROUTE 23 ASSOCIATES, INC. and R&S PARTS AND SERVICE, INC. by their Chief Liquidating Officer EXECUTIVE SOUNDING BOARD ASSOCIATES, INC.,<br><br>               Plaintiffs,<br><br>  -against-<br><br>AUTOBACS SEVEN CO. LTD, KENICHI TAKEDA, AKIHIRO YAMADA, HIROYOSHI KOJIMA, and YUKUO TAKENAKA.<br><br>               Defendants. | Adv. Pro. No. 09-52849 (CSS) |

## NOTICE OF DISPUTE RESOLUTION ALTERNATIVES

As party to litigation you have a right to adjudication of your matter by a judge of this Court. Settlement of your case, however, can often produce a resolution more quickly than appearing before a judge. Additionally, settlement can also reduce the expense, inconvenience, and uncertainty of litigation.

There are dispute resolution structures, other than litigation, that can lead to resolving your case. Alternative Dispute Resolution (ADR) is offered through a program established by this Court. The use of these services are often productive and effective in settling disputes. **The purpose of this Notice is to furnish general information about ADR.**

The ADR structures used most often are mediation, early-neutral evaluation, mediation/arbitration and arbitration. In each, the process is presided over by an impartial third party, called the "neutral."

In mediation and early neutral evaluation, an experienced neutral has no power to impose a settlement on you. It fosters an environment where offers can be discussed and

exchanged. In the process, together, you and your attorney will be involved in weighing settlement proposals and crafting a settlement. The Court in its Local Rules requires all ADR processes, except threat of a potential criminal action, to be confidential. You will not be prejudiced in the event a settlement is not achieved because the presiding judge will not be advised of the content of any of your settlement discussions.

Mediation/arbitration is a process where you submit to mediation and, if it is unsuccessful, agree that the mediator will act as an arbitrator. At that point, the process is the same as arbitration. You, through your counsel, will present evidence to a neutral, who issues a decision. If the matter in controversy arises in the main bankruptcy case or arises from a subsidiary issue in an adversary proceeding, the arbitration, though voluntary, may be binding. If a party requests *de novo* review of an arbitration award, the judge will rehear the case.

**Your attorney can provide you with additional information about ADR and advise you as to whether and when ADR might be helpful in your case.**

Dated: December 11, 2009

/s/ David D. Bird
*Clerk of Court*