# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AUTOBACS STRAUSS INC., a Delaware Corporation,<br><br>Debtor. | Chapter 11<br><br>Case No. 09-10358 (CSS) |
| AUTOBACS STRAUSS INC., and 1945 ROUTE 23 ASSOCIATES, INC., and R&S PARTS AND SERVICE, INC., by their Chief Liquidating Officer EXECUTIVE SOUNDING BOARD ASSOCIATES, INC.,<br><br>Plaintiffs,<br><br>-against-<br><br>AUTOBACS SEVEN CO., LTD. KENICHI TAKEDA, AKIHIRO YAMADA, HIROYOSHI KOJIMA, and YUKUO TAKENAKA,<br><br>Defendants. | Adv. Pro No. 09-52849 (CSS) |

## MOTION TO DISMISS COMPLAINT AND OBJECTION TO CLAIM OF DEFENDANTS AUTOBACS SEVEN CO., LTD., KENICHI TAKEDA, AKIHIRO YAMADA AND HIROYOSHI KOJIMA

For the reasons set forth in the accompanying Memorandum of Defendants Autobacs Seven Co., Ltd., Kenichi Takeda, Akihiro Yamada, and Hiroyoshi Kojima in Support of Their Motion to Dismiss, Defendants Autobacs Seven Co., Ltd. ("AB7"), Kenichi Takeda, Akihiro Yamada, and Hiroyoshi Kojima (together, the "AB7 Defendants"), by and through their undersigned counsel, hereby move (the "Motion") under Fed. R. Civ. P. 12(b)(6) and 9(b) (incorporated in Fed. R. Bankr. P. 7012 and 7009) for an order in the form attached hereto as Exhibit A dismissing the Complaint and Objection to Claim filed in this Adversary Proceeding by the above-captioned plaintiffs.

{702.001-W0007269.}

WHEREFORE, the AB7 Defendants respectfully request that the Court grant the Motion, dismiss the Adversary Proceeding with prejudice, award the AB7 Defendants its costs and attorneys' fees incurred to the extent permitted under applicable law, and grant such other relief as is just and equitable.

Dated: April 23, 2010
      Wilmington, Delaware

**LANDIS RATH & COBB LLP**

_/s/ Richard S. Cobb_
Richard S. Cobb (No. 3157)
James S. Green, Jr. (No. 4406)
919 Market Street, Suite 1800
Wilmington, Delaware 19801
Telephone:  (302) 467-4400
Facsimile:  (302) 467-4450

- and -

**KRAMER LEVIN NAFTALIS & FRANKEL LLP**
Jeffrey S. Trachtman
Michael J. Sternhell
Daniel M. Eggermann
1177 Avenue of the Americas
New York, New York 10036
Telephone:  (212) 715-9100
Facsimile:  (212) 715-8000

*Counsel to Autobacs Seven Co., Ltd., Kenichi Takeda, Akihiro Yamada, and Hiroyoshi Kojima*